IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ELLIOTT EBERHARDT,** | : | |
|     Petitioner, | : | |
| | : | |
|     v. | : | CIVIL ACTION NO.  13-CV-1700 |
| | : | |
| **WARDEN MICHAEL WENEROWITZ,** | : | |
| *et al.*, | : | |
|     Respondents. | : | |

## ORDER

**AND NOW**, this 14th day of January, 2022, in consideration of Petitioner Elliott Eberhardt's Motion for Relief from Judgment Under Fed. R. Civ. P. 60(b) (ECF No. 44), it is **ORDERED** that:

1.    The Clerk of Court is **DIRECTED** to correct the entry on the docket at ECF No. 44 to identify the Motion as a "Motion for Relief from Judgment Under Fed. R. Civ. P. 60(b)."

2.    The Motion is **DISMISSED** for lack of subject matter jurisdiction without prejudice to Eberhardt's right to file with the United States Court of Appeals for the Third Circuit an application to file a second or successive habeas petition.  *See* 28 U.S.C. § 2244(b)(3)(A).

3.    A Certificate of Appealability is **DENIED** pursuant to 28 U.S.C. § 2253(c) because reasonable jurists would not debate the propriety of this Court's procedural ruling with respect to these claims.  *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

                            **BY THE COURT:**

                            **/s/ Juan R. Sánchez**
                            **JUAN R. SÁNCHEZ, C.J.**